296 U.S. 641
 56 S.Ct. 174
 80 L.Ed. 455
 WASHBURN CROSBY COMPANY, petitioner,
v.
Dan M. LEE, Individually and as Collector, etc.*
 No. 514.
 Supreme Court of the United States
 November 11, 1935
 
 Mr. Charles B. Rugg, of Boston, Mass., for petitioner.
 The Attorney General, for respondent.
 
 
 1
 No opinion filed in court below.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 664, 56 S. Ct. 307, 80 L. Ed. 474.